UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X          **CASE MANAGEMENT PLAN**
**Niyazi Tas, et al**                                                              14-cv-07168 (CBA)(RER)

       Plaintiff,

       -against-

**86th Street Chevrolet, Inc., et al**
       Defendant,
---------------------------------------------------------X

    Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by  1/30/15  .

2. No additional parties may be joined after _____.

3. No amendment of the pleadings will be permitted after _____.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:  2/16/15  .

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a)    expert witnesses on or before  6/3/15  .

    (b)    rebuttal expert witnesses on or before  7/3/15  .

6. All discovery, including depositions of experts, shall be completed on or before  8/3/15  (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of all discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)?
(**Answer no if any party declines to consent without indicating which party has declined**.)
Yes_____   No___✓___ (undecided)

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link:
http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by (Plaintiff) or Defendant  (Circle one).
 * (**The Court will schedule the conference listed above**.)

10. Status Conference will be held on _____.
 * (**The Court will schedule the conference listed above**)

11. A Final Pre-trial conference will be held on _____.
 *(**The Court will schedule the conference listed above.**)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**
_____

_____
**RAMON E. REYES, JR.**
**UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

_____/s/_____
Michael Taubenfeld, Esq.
Serrins Fisher LLP
Attorney for Plaintiffs
233 Broadway, Suite 2340, New York, NY 10279
michael@serrinsfisher.com
Tel.: 212-571-0700
Fax: 212-233-3801

_____/s/_____
Jonathan Kozak, Esq.
Jackson Lewis P.C.
Attorney for Defendants
44 South Broadway, 14th Floor, White Plains, NY 10601
Jonathan.Kozak@jacksonlewis.com
Tel.: 914.872.8060
Fax: 914.946.1216